AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sherwood, John K. | U.S. Bankruptcy Court, New Jersey | 01/21/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge - Active Status | ☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

Martin Luther King, Jr. Federal Building and United States Courthouse
50 Walnut Street
Newark, NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate |
| 2. | Trustee / terminated June 2015 | NJ Bankruptcy Lawyers Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/01/2013 | Lowenstein Sandler limited liability partnership agreement (resigned June 2015) - allocation payments due through March 2016 |
| 2. | 01/01/2013 | Lowenstein Sandler Inc. shareholders agreement - resigned June 2015 |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 01/21/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Lowenstein Sandler - salary | $629,812.87 |
| 2. 2015 | Lowenstein Sandler (through June 2015) - salary | $483,732.00 |
| 3. 2013 | Lowenstein Sandler - salary | $723,889.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Madison Public Library - salary |
| 2. 2015 | Madison Public Library - salary |
| 3. 2013 | Madison Public Library - salary |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 01/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - CDs and interest bearing accounts | A | Interest | O | T | | | | | |
| 2. TD Bank | A | Interest | M | T | | | | | |
| 3. The Investment Company of America - A | D | Dividend | L | T | | | | | |
| 4. Deutsche High Income Fund - A | C | Dividend | K | T | | | | | |
| 5. Alpine Ultra Short Municipal Income Fund CL A | A | Dividend | J | T | | | | | |
| 6. AT&T Inc. | A | Dividend | J | T | | | | | |
| 7. Comcast Corp New CL A | A | Dividend | J | T | | | | | |
| 8. Ishares Russell 1000 Value | A | Dividend | J | T | | | | | |
| 9. Ishares MSCI EAFE | A | Dividend | J | T | | | | | |
| 10. Pfizer Inc. | A | Dividend | J | T | | | | | |
| 11. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 12. Hotchkis and Wiley Large Cap Value Fund A | A | Dividend | K | T | | | | | |
| 13. First Eagle Global Class C | A | Distribution | K | T | | | | | |
| 14. Clearbridge Agressive Growth Fund A | A | Distribution | K | T | | | | | |
| 15. Invesco Charter Fund Class A | A | Dividend | J | T | | | | | |
| 16. Bond fund of America A | A | Dividend | J | T | | | | | |
| 17. Prudential Jenn SELCT GTH A | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 01/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CBF Principal Protect Inc Port Alt A | C | Int./Div. | L | T | | | | | |
| 19. CBF Principal Protect Inc Port Alt B | C | Int./Div. | L | T | | | | | |
| 20. Pimco Commodity Real (PCRCX) | | None | J | T | | | | | |
| 21. Allianzgi NFJ Mid Cap Value Fund (PQNAX) | | None | J | T | | | | | |
| 22. Ishares China Largecap (FXI) | A | Dividend | J | T | | | | | |
| 23. Ishares RS 2000 Growth (IWO) | A | Dividend | J | T | | | | | |
| 24. Victory Integrity Small (MCVSX) | A | Dividend | J | T | | | | | |
| 25. Virtus Real Estate (PHRCX) | A | Dividend | J | T | | | | | |
| 26. Mass Mutual Financial Group whole life insurance policy | | None | K | T | | | | | |
| 27. Estate (H) | | | | | | | | | |
| 28. -Estate - Bank of America account - | | None | L | T | | | | | |
| 29. -Estate - Brielle NJ real estate | | None | N | W | | | | | |
| 30. Lowenstein Sandler 1992 401k plan-Vanguard | D | Dividend | N | T | | | | | |
| 31. -Vanguard Wellington Fund Investor Shares | | | | | | | | | |
| 32. -Vanguard 500 Index Fund Investor Shares | | | | | | | | | |
| 33. -Vanguard Total Bond Market Index Fund Investor Shares | | | | | | | | | |
| 34. -Columbia Acorn Fund Class Z | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 01/21/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -American Century Equity Income Fund Institutional Class | | | | | | | | | |
| 36. -American Funds The Growth Fund of America Class R-4 | | | | | | | | | |
| 37. -American Funds EuroPacific Growth Fund Class R-4 | | | | | | | | | |
| 38. Lowenstein Sandler profit sharing plan - Vanguard - | C | Dividend | N | T | | | | | |
| 39. -Vanguard Institutional Target Retirement 2025 Fund | | | | | | | | | |
| 40. Lowenstein Sandler retirement shares plan - JP Morgan - annuity | A | Interest | M | T | | | | | |
| 41. -SPDR S&P 500 ETF Trust | | | | | | | | | |
| 42. -Ishares Core US Aggregate BD ETF | | | | | | | | | |
| 43. -JP Morgan Deposit Acct A Advisory Non Ret JPMC BK NA | | | | | | | | | |
| 44. -Guggenheim S&P Equal Weight ETF | | | | | | | | | |
| 45. -Ishares Russell 2000 ETF | | | | | | | | | |
| 46. -Pimco Total Return Active Exchange Traded Fund | | | | | | | | | |
| 47. -American Century Invt Tr Core Plus FD Invs CL | | | | | | | | | |
| 48. -Ishares MSCI EAFE ETF | | | | | | | | | |
| 49. -Ishares Core S&P Mid Cap ETF | | | | | | | | | |
| 50. -SPDR S&P Dividend ETF | | | | | | | | | |
| 51. -SPDR Gold Tr Gold SHS | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 01/21/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Powershares DB US DLR Index TR PS DB US$ Index Bullish FD Com Unit | | | | | | | | | |
| 53. -Templeton Hard Currency Fund Advisor CL | | | | | | | | | |
| 54. -Powershares Global Exchange Traded FD TR Emerging Markets Sov Debt | | | | | | | | | |
| 55. -Ishares International Select Dividend ETF | | | | | | | | | |
| 56. -Ishares US Real Estate ETF | | | | | | | | | |
| 57. -Select Sector SPDR Fund SHS BEN Consumer Discretionary | | | | | | | | | |
| 58. -Barclays BK PLC Ipath Bloomberg Commodity Index Total RTN ETN 6/12/36 | | | | | | | | | |
| 59. -Select Sector SPDR Trust SHS The Technology Select Sector SPDR Fund | | | | | | | | | |
| 60. -Select Sector SPDR Trust The Healthcare Select Sector SPDR Fund | | | | | | | | | |
| 61. -Ishares Russell Mid Cap ETF | | | | | | | | | |
| 62. -Ishares MSCI Emerging Markets ETF | | | | | | | | | |
| 63. -Vanguard FTSE Emerging Markets ETF FTSE Emerging Index | | | | | | | | | |
| 64. -Ishares MSCI Germany ETF | | | | | | | | | |
| 65. -Ishares MSCI Russia Capped ETF | | | | | | | | | |
| 66. -Put Spy 3/18/16 204 Standard & Poors Depository exp 3/18/16 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 01/21/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Sherwood, John K. | 01/21/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John K. Sherwood**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544